IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.07-00115-02-CR-W-NKL |
| ) | |
| JOSE ESTRADA, ) | |
| ) | |
| Defendant. ) | |

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty to Counts 1, 5, 6, 9 and 18 of the Indictment is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

    s/ NANETTE K. LAUGHREY
    NANETTE K. LAUGHREY
    United States District Judge

Kansas City, Missouri
March 25, 2008